The PILLSBURY COMPANY.
Plaintiffs,

v.

UNITED STATES, Defendant.

Slip Op. 05–155.
Court No. 03–96.

United States Court of
International Trade.

Dec. 6, 2005.

## ORDER

POGUE, Judge.

IT IS HEREBY ORDERED that the opinion and judgment in *The Pillsbury Company v. United States*, 368 F.Supp.2d 1319 (CIT 2005), is hereby vacated and withdrawn following the parties' Stipulation of Judgment on Agreed Statement of Facts dated November 29, 2005.